**584.**

peals for the Sixth Circuit denied. *Mr. Arthur H. Ratner* for petitioner. *Solicitor General Jackson,* and *Messrs. Hugh A. Fisher, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 1034. CLARKE *v.* MARTIN, TRUSTEE. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Walter H. Eckert* for petitioner. *Mr. Livingston E. Osborne* for respondent.

No. 1041. UNITED STATES EX REL. REIBECK ET AL. *v.* KELLY, U. S. MARSHAL, ET AL. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Heller* for petitioners. *Solicitor General Jackson* and *Mr. Hugh A. Fisher* for the respondents.

No. 1022. MOREHEAD ET AL. *v.* CENTRAL TRUST Co., EXECUTOR. May 31, 1938. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. George S. Hawke* for petitioners. *Mr. Wm. J. Rielly* for respondent.

No. 1014. FIRST NATIONAL BANK & TRUST Co. *v.* UHL, RECEIVER. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Benn M. Corwin* for petitioner. No appearance for respondent.